**Thelen Reid & Priest LLP**
*Attorneys At Law*

Matthew Richards
415.369.7740 Direct Dial
415.369.8951 Direct Fax
marichards@thelenreid.com

101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200
Fax 415.371.1211
www.thelenreid.com

FILED E-filing
JUN 14 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
FERN M. SMITH
UNITED STATES DISTRICT JUDGE
DATE 6/14/05

June 9, 2005

**VIA U.S. MAIL**

Dieter Beers
USDC, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  **Lowes v. Hill & Co, et al.**
     **USDC (N.D. Cal.) Case #04-cv-04854-FMS**

Dear. Mr. Beers:

This office represents Robert McLeod and Siddney McLeod in the above-referenced matter. This letter is to inform the Court that Kent Sprinkle is no longer with this office, and to request that all materials in this matter be directed to my attention. Counsel for all parties have previously been notified to this effect. My contact information is:

> Matthew A. Richards
> Thelen Reid & Priest LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105
> Tel:  (415) 371-1200
> Fax:  (415) 371-1211
> Email: marichards@thelenreid.com

Your attention to this matter is appreciated. Please feel free to contact me if you have any questions.

Sincerely,

*[signature]*

Matthew Richards

cc:  Kent J. Sprinkle, Esq.
SF #959793 v1

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SILICON VALLEY   MORRISTOWN, NJ