FILED

JUN 14 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON LOWES and SHIRLEY LOWES<br>Plaintiffs<br><br>vs<br><br>HILL & CO REAL ESTATE; FIRST REPUBLIC BANK; ROBERT CRONHOLM; ROBERT McLEOD, SIDDNEY McLEOD<br>Defendants | Case No. C04-4854 FMS<br><br>**JOINT CASE MANAGEMENT STATEMENT UPDATE**<br><br>Date: June 16, 2005<br>Time: 2:00 p.m.<br>Court: 5<br>Trial Date: November 7, 2005 |

The parties submit this <u>update</u> to the Case Management Statement and Order. At the initial conference held March 24, 2005, the Court Ordered a further conference.

### DESCRIPTION OF THE CASE

1. <u>EVENTS UNDERLYING THE ACTION</u>. This action involves an alleged misrepresentation regarding the September 2003 sale of residential property to Plaintiffs. The parties are identified below:

### PLAINTIFFS

| <u>Name</u> | <u>Attorney</u> | <u>Reason For Involvement</u> |
|---|---|---|
| Simon Lowes<br>Shirley Lowes | Jeffrey S. King, Esq. | Purchasers of residential property at issue. |

### DEFENDANTS

| | | |
|---|---|---|
| Hill & Co<br>Robert Cronholm | Roeca Haas Hager LLP<br>Edward Haas, Esq. | Agent and Broker for Sellers |
| Robert McLeod<br>Siddney McLeod | Thelen Reid & Priest LLP<br>Matthew A. Richards, Esq | Sellers of residential property at issue |
| First Republic Bank | Hanson, Bridget, et. al.<br>Batya Swenson, Esq. | Mortgagee |

JOINT CASE MANAGEMENT STATEMENT UPDATE

Page 1

Plaintiffs' Count 1 for misrepresentation alleges they were informed by defendants Robert Cronholm and First Republic Bank that a recent appraisal report stated a value of the home as $1,600,000. Plaintiffs allege that the true value presented in the appraisal report was $1,450,000.

Plaintiffs' Count 2 against First Republic Bank only, is the basis for this Court's jurisdiction under the Equal Credit Opportunity Act, 15 U.S.C. sec 1691, et. seq. and associated "Regulation B," 12 C.F.R. sec 202 et. seq. Plaintiffs allege that First Republic Bank did not follow proper procedures prescribed by the Act and Regulation with respect to disclosure of information regarding the appraisal report at issue.

2. <u>PRINCIPAL FACTUAL ISSUES IN DISPUTE</u>. No Change

3. <u>PRINCIPAL LEGAL ISSUES IN DISPUTE</u>. No Change

4. <u>OTHER FACTUAL ISSUES (e.g. service of process, jurisdiction)</u>. None

5. <u>PARTIES THAT HAVE NOT BEEN SERVED</u>. None

6. <u>ADDITIONAL PARTIES</u>. None anticipated unless Hill & Co discerns through discovery a basis to cross-complaint against McGuire Real Estate.

7. <u>ASSIGNMENT TO MAGISTRATE</u>. No Change

### ALTERNATIVE DISPUTE RESOLUTION

8. <u>MEDIATION</u>. On March 10, 2005, the parties had a mediation facilitated by mediator Michael P. Carbone. Following the March 24 initial CMC, further informal settlement discussions were conducted. These discussions have proved unsuccessful.

9. <u>OTHER INFORMATION REGARDING ADR PROCESS</u>. No further mediations are planned. Plaintiffs support further mediation if a new mediator were selected and such discussions held 30-60 days prior to trial.

### DISCLOSURES

10. <u>CERTIFICATION OF DISCLOSURE</u>. The parties have made disclosures.

### DISCOVERY

11. <u>DISCOVERY PLAN</u>. Pre-trial conference is set for October 25, 2005. The parties have exchanged documents or will have done so prior to the continued Case Management Conference of June 16. Depositions are being scheduled. Discovery is proceeding pursuant to code with no current problems or issues.

## TRIAL SCHEDULE

12. **TRIAL DATE.** November 7, 2005 for non jury trial.

13. **LENGTH OF TRIAL.** No change from prior estimate of 3-4 days.

| HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP | THELEN REID & PRIEST LLP |
|---|---|
| by: *[signature]* | by: *[signature]* |
| Andrew G. Giacomini, Esq. (Ca 154377) Barya Swenson, Esq. 333 Market Street, 21st Floor San Francisco, CA 94105-2173 (415) 777-3200 ATTORNEY FOR DEFENDANT FIRST REPUBLIC BANK | Fredric C. Nelson, Esq. (Ca 048402) Matthew A. Richards, Esq. 101 Second Street, Suite 1800 San Francisco, CA 94105-3606 (415) 371-1200 ATTORNEY FOR DEFENDANTS ROBERT and SIDDNEY McLEOD |

ROECA HAAS HAGER LLP

by: *[signature]*

Jeffrey S. King, Esq. (Ca 123168)
1 Kaiser Plaza, Suite 1410
Oakland, CA 94612
(510) 268-1296
ATTORNEY FOR PLAINTIFFS
SIMON and SHIRLEY LOWES

Edward D. Haas, Esq. (Ca 76647)
180 Sutter Street, Suite 200
San Francisco, CA 94104
(415) 352-0980
ATTORNEY FOR DEFENDANTS
HILL & CO and ROBERT CRONHOLM

## UPDATE CASE MANAGEMENT ORDER

The Joint Case Management Statement and Update in the matter of Lowes v. Hill & Co., et. al., Case No. C04-4854 FMS, is hereby adopted by the Court for the case and the parties are ordered to comply with this Order. In addition the Court orders: *That this case will be re-assigned due to this Court's retirement from the bench. The Parties will be notified of any new dates. The CMC scheduled for June 16, 2005, is VACATED.*

SO ORDERED.

Dated: 6/14/05

*[signature]*
FERN M. SMITH
United States District Judge